# MEMORANDUM DECISIONS.

ABRAHAM et al., Respondents, v. BECKER, Appellant. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by Abraham Abraham and others against Lambert B. Becker. No opinion. Judgment of the Municipal Court affirmed, with costs.

ABRAMSON, Appellant, v. MORGAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by Arthur Abramson, etc., against Hugh T. Morgan and Clinton D. French, etc. No opinion. Judgment of the Municipal Court affirmed, with costs.

ABSALON, Respondent, v. SICKINGER, Defendant. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by Rosa Absalon against Rudolph Sickinger. No opinion. Motion to dismiss appeal denied.

ABSALON, Respondent, v. SICKINGER, Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by Rosa Absalon against Rudolph Sickinger. No opinion. Judgment and order affirmed, with costs.

ADAMS, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. December 7, 1906.) Action by George D. Adams against the state of New York.

PER CURIAM. Judgment affirmed, with costs.

PARKER, P. J., not voting.

In re AGENS. (Supreme Court, Appellate Division, Fourth Department. November 21, 1906.) In the matter of the judicial settlement of the account of Ernest A. Agens, as executor, etc., of John R. Agens, deceased. No opinion. Decree affirmed, with costs to the respondent, payable out of the estate.

ALDRICH et al., Respondents, v. GRIFFITH, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 21, 1906.) Action by Isaac A. Aldrich and another against E. A. Griffith. No opinion. Order affirmed, with $10 costs and disbursements.

ALEXANDER v. NEW AMSTERDAM NAT. BANK. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by Peter Alexander against the New Amsterdam National Bank. No opinion. Judgment affirmed, with costs.

ALLEN, Appellant, v. PIERSON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 21, 1906.) Action by Addie A. Allen against Albert H. Pierson and others. No opinion. Judgment of Court of Appeals made the judgment of this court. Application for additional allowance of costs denied. Appeal from final judgment, entered June 19, 1906, dismissed, with costs of appeal only. Appeal from order denying application to file exceptions dismissed, with costs of appeal, together with $10 costs of motion. Motion to correct order staying sale granted, without costs.

ALTMAN et al. v. JOY S. S. CO. (Supreme Court, Appellate Division, First Department. November 16, 1906.) Action by Moritz Altman and another against the Joy Steamship Company. No opinion. Application denied, with $10 costs. Order signed.

AMERICAN CEREAL CO., Respondent, v. SCHERL, Appellant. (Supreme Court, Appellate Division, Second Department. November 21, 1906.) Action by the American Cereal Company against Henry Scherl. No opinion. Motion for extension of time to file return denied. Motion to dismiss appeal granted.

AMEY, Appellant, v. BROOKLYN DAILY EAGLE, Respondent. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by Mary Amey against the Brooklyn Daily Eagle. No opinion. Reargument ordered, and case set down for Monday, January 28, 1907.

ANDREWS, Respondent, v. H. & H. REINERS, Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by Annie Andrews, as administratrix, etc., of Joseph T. Andrews, deceased, against H. & H. Reiners. No opinion. Judgment and order reversed on reargument, and new trial granted, costs to abide the event, on opinion heretofore handed down herein (112 App. Div. 378, 98 N. Y. Supp. 658). Leave will be granted to appeal to the Court of Appeals, if the plaintiff so desires.

ANNIS, Respondent, v. McNULTY et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 14, 1906.) Action by Malcolm G. Annis against James D. McNulty and another. No opinion. Judgment (100 N. Y. Supp. 951) unanimously affirmed, with costs.

ARKENBURGH v. ARKENBURGH. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by Oliver H. Arkenburgh against Robert H. Arkenburgh. No opinion. Motion for leave to go to Court of Appeals granted; questions to be certified on settlement of order. Settle order on notice.